Steve Beilgard
Constance McCurdy
Kingco, LLC, a Wyoming corporation
Box 18175
Coffman Cove, Ak. 99918
sbeilg@aol.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA.

Steve Beilgard and Constance McCurdy
PRO SE PLAINTIFFS.

V.  Case # 1:25-cv-00005-SLG

The City of Coffman Cove, Mayor Perry Olson, Council persons Yvonnne Drozoeicz-Somfletch, Brian Wilson, Bridget Wright, Joel Buchanan, and Kate Holtman

DEFENDANTS

COMES NOW PLAINTIFFS BEILGARD AND McCURDY, PRO SE, WITH CLAIMS OF:

CLAIM 1: PURJURY

The City of Coffman Cove and Mayor Perry Olson, Council Persons Yvonne Drozowicz-Somfletch, Brian Wilson, Bridget Wright, Joel Buchanan, and Kate Holtman for violations of:

18 US Code 1621 and 1623

Ak. Stat: 11.56.230, Purjury by Inconsistent Statements

A class B Felony

The City of Coffman Cove, and its elected officials, knew or should have known that they, by and through Mayor Olson and their actions, were making false, misleading, and inaccurate statements for himself and on their consented behalf, with a clear intention of defrauding the court and harming the plaintiffs.

## CLAIM 2: CONSPIRACY

### U.S. Code 1349

### AS.11.31.120 (a) (b)(c)

By unanimous vote of the Mayor and City Council, a conspiracy occurred to intentionally take away our 1st, 5th, and 14th Amendment rights of the Constitution of the United States. Further, AS.11.46.600 (b), Scheme to Defraud, is present.

### Claim 3: Theft By Deception

### 18 U.S. Code 1038
(1) (a), (b) (c)

### AS11.46.180. (a)

The City Council and Mayor, by way of false minutes of the meetings, clearly intended to deceive the Court and the public into thinking there was a new ordinance in Coffman Cove and they could remove signage. This claim is for damages done by the actual removal (theft) of the sign(s), lost income, and loss of love for our chosen home state.

### CLAIM 4: Open Meetings Act

### U.S. Code 552b

### AS.44.62.310

I/we were denied our City, State, and Federal rights to speak at a City Council meeting, as presented in the February and March 2019 City Council Meetings and other clear information presented already in this case action, and future disclosures.

### CLAIM 5: Violations of our 1st, 5th, and 14th Constitutional Rights.

### CLAIM 6: All other claims for violations of Federal, State, and

City laws, as shown on existing and future Exhibits.

### CLAIM 7:

FOURTEENTH AMENDMENT: Due Process and Equal Protection

and

Alaska Constitution, Art. 1, (7) Procedural Due Process

# PRAYER FOR RELIEF

Defendants Beilgard and McCurdy pray for the court to accept and order fair and just compensation for each and every crime, as per City, State, and Federal laws, and our counterclaims for any and all of the reasons provided in previous discovery and ex. 1. Plus punitive damages as established by the Court.

I/we certify that all statements in this motion and any attachments are true to the best of my/our knowledge and beliefs.

I/we certify that this motion has been mailed or delivered to the above-named persons, the City of Coffman Cove and its council, the Alaska District Clerk of Court, and to Scott Brandt


_Steve Beilgard_ 03/24/2025      _Constance McCurdy_ 03/24/2025
Steve Beilgard  date              Constance McCurdy  date